Argued October 6, affirmed October 25, 1967

SKERRY, *Appellant, v.* LAMB ET AL, *Defendants,*
LITHIA LUMBER COMPANY,
*Respondent.*
432 P. 2d 792

*James F. Spiekerman,* Portland, argued the cause
for appellant. With him on the brief were Mautz,
Souther, Spaulding, Kinsey & Williamson.

*Frank A. Bauman,* Portland, argued the cause for
respondent. With him on the brief were Keane, Haess-
ler, Bauman and Harper, Portland, and Stanley C.
Jones, Jr., and Joel B. Reeder, Medford.

148

Before PERRY, Chief Justice, and McALLISTER, O'CONNELL, GOODWIN and LUSK, Justices.

PER CURIAM.

On July 9, 1964, Zelma Lamb and Drew Lamb gave a note and mortgage for $60,000 to a trustee for the benefit of their son. Five days later the makers of the note suffered a not unexpected judgment in the sum of $1,740,000. In this proceeding by the trustee to foreclose the mortgage, the trial court held the note and mortgage to be void because in fraud of creditors. The trustee appeals.

The issues were primarily factual and the evidence tended to prove that the defendants Lamb executed the note and mortgage in an effort to put the property beyond the reach of their creditors.

Affirmed.